Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Marsha Bratton, Arthur Ehlers, Sam Reynolds obo Evan Reynolds, Betty Stewart obo Donald Mayer, and Ronald Swartz

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number  07-0601 **MDL NO. 1699** **District Judge:  Charles R. Breyer** |
| Marsha Bratton, Arthur Ehlers, Sam Reynolds obo Evan Reynolds, Betty Stewart obo Donald Mayer, and Ronald Swartz          Plaintiffs, vs. Pfizer, Inc., et al.          Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (MARSHA BRATTON) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED:  February 20, 2009

By

Attorneys for Plaintiffs

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1

2    DATED: April 27 , 2009        DLA PIPER US LLP

3
                                   By: _____
4                                      Michelle Sadowsky
                                       Attorneys for Defendants
5

6

7

8    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10   Dated: APR 3 0 2009

11                                   Hon. Charles R. Breyer
                                     United States District Court
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PFZR/1035934/6190655v.1

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE