Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Marsha Bratton, Arthur Ehlers, Sam Reynolds obo Evan Reynolds, Betty Stewart obo Donald Mayer, and Ronald Swartz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number 07-0601<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Marsha Bratton,<br>Arthur Ehlers,<br>Sam Reynolds obo Evan Reynolds,<br>Betty Stewart obo Donald Mayer, and<br>Ronald Swartz<br>            Plaintiffs,<br>vs.<br>Pfizer, Inc., et al.<br>            Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, (SAM REYNOLDS obo EVAN REYNOLDS) Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: February 20, 2009

By: _____
Attorneys for Plaintiffs

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2   DATED: May 11, 2009        DLA PIPER US LLP

3

4   By: _____
    Michelle Sadowsky
5   Attorneys for Defendants

6

7

8   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

9

10  Dated: May 19, 2009

11                               Hon. Charles R. Breyer

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*United States District Court, Northern District of California*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE