Thomas P. Cartmell, 45366
Thomas J. Preuss, 54923
Christopher L. Schnieders 57725
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Phone: 816-701-1100
Facsimile: 816-531-2372
Attorneys for Plaintiffs, Marsha Bratton, Arthur Ehlers, Sam Reynolds obo Evan Reynolds,
Betty Stewart obo Donald Mayer, and Ronald Swartz

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number  07-0601 **MDL NO. 1699** **District Judge:  Charles R. Breyer** |
| Marsha Bratton, Arthur Ehlers, Sam Reynolds obo Evan Reynolds, Betty Stewart obo Donald Mayer, and Ronald Swartz | |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| Pfizer, Inc., et al. | |
| Defendants. | |

Come now the Plaintiff, (BETTY STEWART obo DONALD MAYER) Defendants, by

and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a),

and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own

attorneys' fees and costs.

DATED:  February 20, 2009

By: _____

Attorneys for Plaintiffs

-1-

DATED: May 11, 2009     DLA PIPER US LLP

By: _____
Michelle Sadowsky
Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: May 19, 2009



-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PFZR/1035934/6190655v.1